**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**WAR EAGLE FARMS, LLC, ET AL.**                                    **PLAINTIFFS**

**V.**                                    **CAUSE NO. 4:22-CV-00058-DMB-DAS**

**AMERICAN AGRI-BUSINESS INSURANCE CO.
and AGRISOMPO NORTH AMERICA, INC.
and JOHN DOES 1-10**                                    **DEFENDANTS**

<u>**NOTICE OF SERVICE**</u>

Notice is hereby given that the following have this date been served in the above-entitled action:

　　　1.　　　Defendants' Designation of Expert Witnesses.

The undersigned retains the originals of the above documents as custodian thereof, and copies of the above documents are being forwarded to all counsel of record.

DATED:  August 2, 2023.

Respectfully submitted,

**AMERICAN AGRI-BUSINESS
INSURANCE COMPANY and
AGRISOMPO NORTH AMERICA, INC.**

By: *　/s/Lauren E Ward　　　　　　　　　　*
OF COUNSEL

WILTON V. BYARS III – MS BAR NO. 9335
wbyars@danielcoker.com
LAUREN E. WARD – MS BAR NO. 105019
lward@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
TELEPHONE: (662) 232-8979
FACSIMILE: (662) 232-8940

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned counsel for Defendants American Agri-Business Insurance Company and AgriSompo North America, Inc., do hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record, including:

> H. Scot Spragins
> sspragins@hickmanlaw.com
> Lawrence J. Tucker, Jr.
> ltucker@hickmanlaw.com
> HICKMAN, GOZA & SPRAGINS, PLLC
> Post Office Drawer 668
> Oxford, Mississippi 38655-0668
>
> Ralph E. Chapman
> ralph@chapman-lewis-swan.com
> CHAPMAN, LEWIS & SWAN, PLLC
> P.O. Box 428
> Clarksdale, Mississippi 38614
> *Attorneys for Plaintiffs*

**THIS,** the 2nd day of August, 2023.

BY:     */s/Lauren E. Ward*_____
            OF COUNSEL